**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gerald FELTON, Defendant–Appellant.**

**No. 13–6545.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2013.

Decided: Sept. 4, 2013.

Gerald Felton, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Felton appeals the district court's order denying his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Felton*, No. 5:93–cr–00123–F–1 (E.D.N.C. Mar. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*